UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN GAVIN,

    Plaintiff,

    v.

JOHN ARNTZ, et al.

    Defendants.

_____/

No. C 13-0056 PJH

**ORDER RE MOTION TO CHANGE VENUE**

The court is in receipt of plaintiff's motion to change venue, filed on June 3, 2013 and noticed for hearing on June 19, 2013. Because the court has already scheduled a hearing on its order to show cause for June 27, 2013, and because plaintiff's noticed hearing date does not comply with Local Rule 7-2(a), the June 19 hearing date is VACATED. The court will hear plaintiff's motion to change venue as part of the already-scheduled June 27 hearing on the order to show cause. If defendants wish to file a response to plaintiff's motion to change venue, they may do so by June 17, 2013.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge