UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN GAVIN,

      Plaintiff,

      v.

JOHN ARNTZ, et al.

      Defendants.

_____/

No. C 13-0056 PJH

**ORDER OF PARTIAL DISMISSAL**

On May 31, 2013, following plaintiff Lynn Gavin's failure to appear at a scheduled case management conference, the court issued an order to show cause ("OSC") why the above-entitled action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, and to show that this case involves issues that were not already litigated in a previous case filed by plaintiff in this court. The OSC ordered plaintiff to file a response to the OSC by June 17, 2013, and to appear at the Federal Courthouse on June 27, 2013, at 2:00 p.m. Plaintiff did not file a response to the OSC, and did not appear at the hearing on the OSC on June 27, 2013 as ordered. However, counsel for defendants Parkmerced Investors Properties, LLC, Bert Polacci, and Seth Mallen (together, the "Parkmerced defendants") did file a response to the OSC, and did appear at the OSC hearing. In their response, the Parkmerced defendants explained that all claims against them are "duplicative in all material respects" and that "nearly every allegation in the complaint in this action appears word-for-word in the complaint filed in Gavin v. Parkmerced, No. 12-5864 (RS)." The court agrees that, as to the Parkmerced defendants, plaintiff's claims are duplicative. The court further finds that, by failing to respond to the OSC and appear at the OSC hearing, plaintiff's claims are subject to dismissal under Rule

41(b) for failure to prosecute. Accordingly, plaintiff's claims as to the Parkmerced defendants are DISMISSED with prejudice.

While plaintiff's claims against the remaining defendants (referred to as "the City defendants") are also subject to dismissal for failure to prosecute, the court declines to dismiss those claims at this time. Instead, the court will proceed with the hearing on the City defendants' motion to dismiss, scheduled for July 24, 2013 at 9:00am. Plaintiff's appearance at this hearing is mandatory, and if she does not appear, this case will be subject to dismissal for failure to prosecute.

Finally, plaintiff has filed a motion to change venue, which was also set to be heard at the June 27 OSC hearing. Because plaintiff did not appear at the hearing, her motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 28, 2013

PHYLLIS J. HAMILTON
United States District Judge