UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN GAVIN,

    Plaintiff,

    v.

JOHN ARNTZ, et al.

    Defendants.

_____/

No. C 13-0056 PJH

**JUDGMENT**

    The court having dismissed this action for failure to state a claim and failure to comply with the California Tort Claims Act,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 30, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge